**STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403**

Ricky L. Sooter
Attorney at Law
4615 Parliament Dr., Suite 202
Alexandria LA 71309-1791

Randall Lee Wilmore
Gold, Weems, Bruser
P.O. Box 6118
Alexandria LA 71307-6118

Edward E. Rundell
Gold, Weems, Bruser
P. O. Box 6118
Alexandria LA 71301

Michael John O'Shee
Gold, Weems, Bruser
P. O. Box 6118
Alexandria LA 71307

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 30, 2020

**REHEARING ACTION: September 30, 2020**

**Docket Number: 20 00016-CA consolidated with 20-14 CA & 20-15 CA & 20-17 CA**

**SALINE LAKESHORE, L.L.C.
VERSUS
FRANK MORACE AND
JANIE MORACE**

**Appealed from Avoyelles Parish Case No. 2016-2552**

**BEFORE JUDGES:**

**Hon. Sylvia R. Cooks
Hon. D. Kent Savoie
Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Saline Lakeshore, L.L.C.** has this day been

**DENIED.**

cc: Charles A. Riddle, III, Counsel for the Appellee